# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**CAREY E. STRONACH,**
                    *Plaintiff*,

v.                                                             CA No. 3:07cv646

**VIRGINIA STATE UNIVERSITY,** *et al.*,
                    *Defendants.*

## MOTIONS *IN LIMINE*

Defendants, Virginia State University (VSU), Eddie N. Moore, Jr. (Moore), W. Eric Thomas (Thomas), Larry C. Brown (Brown) and Ralph C. Gatrone (Gatrone) (collectively Defendants), by counsel, submit these Motions *in Limine*.

Defendants ask that the District Court in anticipation of trial of this case:

1. **Exclude Mention of a Verbal Argument Between Stronach and Thomas at Thomas' Deposition;**

2. **Exclude Mention of Any Sexual Harassment Lawsuit in Which Gatrone Was a Defendant;**

3. **Exclude Testimony Regarding an Alleged "You People" Comment;**

4. **Exclude the Content of Stronach's Testimony in Other Lawsuits;**

5. **Exclude Past or Current "Victim" Plaintiffs From Testifying in This Matter as Their Testimony is Irrelevant and Unfairly Prejudicial;**

6. **Exclude Academics From Testifying in this Matter as Their Testimony is Irrelevant and Wholly Unnecessary and a Waste of Time;**

7. **Exclude Conclusory Testimony with Respect to Emotional Injury as Wholly Speculative;**

**8.     Exclude Witness Testimony, Lay or Medical, From Speaking of the "Cause and Effect" Without a Proper Foundation**

**9.     Exclude Writings Authored By the Late Dr. M. Hadi Moadab; and**

**10.    Exclude Stronach's Distorted Notions of "Free Speech".**

Defendants' reasons are more fully discussed in the attached Memorandum in Support of their Motions *in limine*.

                                                  Respectfully submitted,

**VIRGINIA STATE UNIVERSITY, EDDIE N. MOORE, JR., W. ERIC THOMAS, RALPH C. GATRONE, AND LARRY C. BROWN**

By _____/s/_____
      Counsel for Defendants
Sydney E. Rab
Virginia Bar Number 15105
Teri Craig Miles
Virginia Bar Number 27252
Senior Assistants Attorney General
Counsel for the Defendants
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-1109 (Rab)
(804) 371-0817 (Miles)
Fax: (804) 371-2087
Email: SRab@oag.state.va.us;
tmiles@oag.state.va.us

Robert F. McDonnell
Attorney General of Virginia

Maureen Riley Matsen
Deputy Attorney General

Peter R. Messitt
Senior Assistant Attorney General/Chief

Sydney E. Rab
Senior Assistant Attorney General
State Bar No. 15105

Teri Craig. Miles
Senior Assistant Attorney General
State Bar No. 27252

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard F. Hawkins, III
Virginia Bar Number 40666
The Hawkins Law Firm, PC
One East Cary Street, Suite 201
Richmond, VA 23219
Phone: (804) 228-4900
Fax: (804) 644-6553
E-mail: rhawkins@thehawkinslawfirm.net

_____/s/_____
Sydney E. Rab
Virginia Bar Number 15105
Teri Craig Miles
Virginia Bar Number 27252
Senior Assistants Attorney General
Counsel for the Defendants
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-1109 (Rab)
(804) 371-0817 (Miles)
Fax: (804) 371-2087
Email:SRab@oag.state.va.us;
tmiles@oag.state.va.us